**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

SANDPIPER CDN, LLC,

*Plaintiff*

v.

MICROSOFT CORPORATION,

*Defendant*

Case No. 2:26-CV-00681-JRG-RSP

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES**

Before the Court is the Joint Stipulation to Extend Deadlines filed by Plaintiff Sandpiper CDN, LLC and Defendant Microsoft Corporation. Having considered the Joint Stipulation, and noting its joint nature, the Court finds that it should be and hereby is GRANTED.

It is therefore ORDERED that the following deadlines are extended as set forth below:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Comply with P.R. 3-1 & 3-2 (Infringement Contentions) | Nov. 9, 2026 | Dec. 9, 2026 |
| Comply with Standing Order Regarding Subject-Matter Eligibility Contentions | Jan. 4, 2027 | Mar. 5, 2027 |
| Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) | Jan. 4, 2027 | Mar. 5, 2027 |